

FILED
JUN -7 2018
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
EASTERN DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, | ) |
| Plaintiff, | ) |
| v. | ) No. 4:18CR476 CDP/NCC |
| YOLANDA BURSE, | ) |
| Defendant. | ) |

## INDICTMENT

### COUNT ONE

The Grand Jury charges:

On or about March 1, 2017, within the Eastern District of Missouri, the defendant,

**YOLANDA BURSE,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $735.00 in the form of Social Security Administration Supplemental Security Income benefit payments, creating a total loss to the government of $159,308.34.

In violation of Title 18, United States Code, Section 641.

1

## COUNT 2

The Grand Jury further charges that:

On or about March 31, 2017, within the Eastern District of Missouri, the defendant,

**YOLANDA BURSE,**

did embezzle, steal, purloin, or knowingly convert to her use, and the use of others, money of the United States or of any department or agency thereof, or any property made or being made under contract for the United States or any department or agency thereof, to wit: $735.00 in the form of Social Security Administration Supplemental Security Income benefit payments, creating a total loss to the government of $159,308.34.

In violation of Title 18, United States Code, Section 641.

A TRUE BILL.

_____
FOREPERSON

JEFFREY B. JENSEN,
United States Attorney

_____
DIANE E.H. KLOCKE, #61670MO
Special Assistant United States Attorney